IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LES ECKERT, | : | 1:14-cv-2172 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| MAX E. STONER, *individually as* | : | |
| *Plan Administrator*, and GLACE | : | |
| ASSOCIATES, INC., | : | |
| | : | |
| Defendants. | : | |

# ORDER

**September 22, 2015**

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Plaintiff Les Eckert's Motion for Default Judgment (Doc. 8) is

    **GRANTED** as follows:

    a. Defendants shall pay to Plaintiff the remaining balance of

    Plaintiff's ESOP account, $25,246.03, within thirty (30) days of

    the date of this Order.

2. Plaintiff's Motion for Attorneys Fees and Costs (Doc. 21) is

    **GRANTED** as follows:

  b. Defendants shall pay to Plaintiff the sum of $7,470.45 as attorneys' fees and costs. This amount shall be paid within thirty (30) days of the date of this Order.

3. Within twenty (20) days of the date of this Order, Plaintiff shall file a submission regarding the appropriate amount of prejudgment interest. Upon receipt of the same, and permitting Defendants the time permitted by the Local Rules to file an opposition, the Court will enter an amended version of this Order, thereby awarding prejudgment interest.

            s/ John E. Jones III
            John E. Jones III
            United States District Judge